## Shapiro, Appellant, *v.* Northwood Federal Credit Union.

Argued December 5, 1974. *Edward B. Bergman,* with him *George M. Bobrin,* and *Bobrin and Land,* for appellant; *Allen L. Feingold,* with him *M. Stuart Goldin,* and *Isenberg, Goldin & Blumberg,* for appellee.

Judgment affirmed.

## Smith, Appellant, *v.* Shaffer.

Submitted March 10, 1975. *Norman T. Petow,* for appellant; *Robert M. Strickler,* and *Markowitz, Kagen & Griffith,* for appellee.

Order affirmed.

## Xanthopolous *v.* Xanthopolous, Appellant.

Submitted November 16, 1974. *Horace J. Culbertson, Thomas M. Torquato,* and *Culbertson & Torquato,* for appellant; *Sol Lubin, Helen Arseniu White,* and *Winkler, Danoff, Lubin and Toole,* for appellee.

Order affirmed.